IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| L. JOE PITTS, As Administrator of the Estate of SANDRA ANN SPENCER PITTS, Deceased, | ) ) ) ) | **SUMMONS** |
| Plaintiff(s) | ) ) ) | (Issued Pursuant to Rule 4 of the Federal Rules of Civil Procedure or Other Appropriate Law) |
| vs. | ) ) | **CIVIL ACTION NO.:** |
| BRIDGESTONE AMERICAS HOLDINGS, INC., et al., | ) ) ) | 2:06cv1008 - ID |
| Defendant(s) | ) | |

TO DEFENDANT: **BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC**, c/o National Registered Agents, Inc., Agents for Service of Process, 150 South Perry Street, Montgomery, Alabama 35104:

You are hereby summoned and required to serve upon plaintiff's attorneys: **Lanny S. Vines and Robert P. Bruner, Lanny Vines & Associates, 2142 Highland Avenue South, Birmingham, Alabama 35205-4002** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

DATE: 11/13/06

**SEE REVERSE SIDE FOR RETURN**
(If First Class Mail Is Utilized In Service of Complaint, Use Form 18-A In Lieu of Reverse Side of This Summons)

DEBRA P. HACKETT, CLERK
By: /s/ Hunter

DEPUTY CLERK

(SEAL OF COURT)

NOTE:   A Separate Summons Must Be Prepared For Each Defendant.

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| L. JOE PITTS, As Administrator of the Estate of SANDRA ANN SPENCER PITTS, Deceased,<br><br>Plaintiff(s)<br><br>vs.<br><br>BRIDGESTONE AMERICAS HOLDINGS, INC., et al.,<br><br>Defendant(s) | SUMMONS<br><br>(Issued Pursuant to Rule 4 of the Federal Rules of Civil Procedure or Other Appropriate Law)<br><br>CIVIL ACTION NO.:<br>2:06cv1008-ID |

TO DEFENDANT: **BRIDGESTONE AMERICAS HOLDING, INC.**, c/o National Registered Agents, Inc., Agents for Service of Process, 150 South Perry Street, Montgomery, Alabama 35104:

You are hereby summoned and required to serve upon plaintiff's attorneys: **Lanny S. Vines and Robert P. Bruner, Lanny Vines & Associates, 2142 Highland Avenue South, Birmingham, Alabama 35205-4002** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

DATE: 11/13/06

**SEE REVERSE SIDE FOR RETURN**
(If First Class Mail Is Utilized In Service of
Complaint, Use Form 18-A In Lieu of Reverse
Side of This Summons)

NOTE:  A Separate Summons Must Be Prepared
       For Each Defendant.

DEBRA P. HACKETT, CLERK

By: _____
       DEPUTY CLERK

(SEAL OF COURT)

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| L. JOE PITTS, As Administrator of the Estate of SANDRA ANN SPENCER PITTS, Deceased, | ) ) ) ) | **SUMMONS** |
| Plaintiff(s) | ) ) ) | (Issued Pursuant to Rule 4 of the Federal Rules of Civil Procedure or Other Appropriate Law) |
| vs. | ) ) | |
| BRIDGESTONE AMERICAS HOLDINGS, INC., et al., | ) ) ) | CIVIL ACTION NO.: 2:06CV1008 - ID |
| Defendant(s) | ) ) | |

TO DEFENDANT: **BFS RETAIL AND COMMERCIAL OPERATIONS, LLC**, c/o National Registered Agents, Inc., Agents for Service of Process, 150 South Perry Street, Montgomery, Alabama 35104:

You are hereby summoned and required to serve upon plaintiff's attorneys: **Lanny S. Vines and Robert P. Bruner, Lanny Vines & Associates, 2142 Highland Avenue South, Birmingham, Alabama 35205-4002** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

DATE: 11/13/06

DEBRA P. HACKETT, CLERK

By: _____
DEPUTY CLERK

**SEE REVERSE SIDE FOR RETURN**
(If First Class Mail Is Utilized In Service of
Complaint, Use Form 18-A In Lieu of Reverse
Side of This Summons)

(SEAL OF COURT)

NOTE:   A Separate Summons Must Be Prepared
For Each Defendant.

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203