## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BFS Retail and Commercial Operations
   c/o National Registered Agents, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Laine Clark* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Laine Clark
C. Date of Delivery: 11/14/06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   06cv1008

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0011 9421 7235

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bridgestone Firestone North American
   c/o National Registered Agents, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Laine Clark* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Laine Clark
C. Date of Delivery: 11/14/06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   06cv1008

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0011 9421 7228

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bridgestone Americas Holdings, Inc.
   c/o National Registered Agents, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Laine Clark* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Laine Clark
C. Date of Delivery: 11/14/06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   06cv1008

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0011 9421 7211

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540