IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers, <br><br> Defendants. | CIVIL ACTION NO.: 2:06cv1008-ID-SRW |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to the order requiring corporate parties to file a corporate disclosure statement, the defendants in the above-styled action state as follows:

1.  The defendant Bridgestone Americas Holding, Inc. ("BAH") is a corporation organized under the laws of Nevada with its principal place of business in Tennessee.

2. Defendant Bridgestone Firestone North American Tire, LLC ("BFNT") is a limited liability company organized under the Laws of Delaware with its principal place of business in Tennessee. BAH is the sole member of BFNT.

3. BFS Retail & Commercial Operations, LLC ("BFRC") is a limited liability company organized under the laws of Delaware with its principal place of business in Illinois. BAH is the sole member of BFRC.

4. BAH has not issued shares to the public.

5. BAH is a wholly owned subsidiary of Bridgestone Corporation. Bridgestone Corporation has issued shares to the public (but its shares are not offered on U.S. stock exchanges).

6. BFNT has not issued shares to the public.

7. BFRC has not issued shares to the public.

8. Except as stated above, no parent company, subsidiary or affiliate of the defendants has issued shares to the public.

Respectfully submitted,

s/ Brittin T. Coleman

Brittin T. Coleman (COL004)
Kenneth M. Perry (PER048)
Hope T. Cannon (STE147)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
bcoleman@bradleyarant.com
kperry@bradleyarant.com
hcannon@bradleyarant.com

3

CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Lanny S. Vines, Esq.
      Lanny Vines & Associates
      2142 Highland Avenue South
      Birmingham, AL 35205
      lvines@lannyvines.com

      Robert P. Bruner, Esq.
      Lanny Vines & Associates
      2142 Highland Avenue South
      Birmingham, AL 35205
      bbruner@lannyvines.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

      s/ Brittin T. Coleman
      Brittin T. Coleman (COL004)
      Kenneth M. Perry (PER048)
      Hope T. Cannon (STE147)
      Bradley Arant Rose & White LLP
      One Federal Place
      1819 Fifth Avenue North
      Birmingham, AL 35203-2104
      Telephone: (205) 521-8000
      Facsimile: (205) 521-8800
      bcoleman@bradleyarant.com
      kperry@bradleyarant.com
      hcannon@bradleyarant.com