IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCER PITTS, Deceased,<br><br>        *PLAINTIFF*,<br><br>VS.<br><br>BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as FIRESTONE TIRE & SERVICE CENTERS, jointly and severally,<br><br>        *DEFENDANTS*. | CIVIL ACTION NUMBER:<br><br>2:06cv1008-ID-SRW |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that on February 12, 2007 the following discovery materials were served on behalf of the Plaintiffs in the above-styled action upon opposing counsel by facsimile.

1. PLAINTIFFS' FIRST SET OF CONTINUING INTERROGATORIES AND FIRST SET OF CONTINUING REQUEST FOR PRODUCTION TO DEFENDANT BFS RETAIL & COMMERCIAL OPERATIONS, LLC

                                                                               Robert P. Bruner,
                                                                               Attorney for the Plaintiff

**OF COUNSEL:**
Lanny S. Vines, Esq.
Robert P. "Bo" Bruner, Esq.
**LANNY VINES & ASSOCIATES, LLC**
2142 Highland Avenue South
Birmingham, Alabama 35205-4002
Tel:   205-933-1277
Fax:   205-933-1272

## CERTIFICATE OF SERVICE

I hereby certify that I have personally served a copy of the foregoing upon all counsel of record on this the 12th day of February, 2007, by facsimile as follows:

**VIA FACSIMILE 205-521-8800**
Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

OF COUNSEL