IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 2:06cv1008-ID-SRW |
| Defendants. | ) | |

## MOTION TO MODIFY SCHEDULING ORDER

Comes now, Defendants Bridgestone Americas Holdings, Inc.; Bridgestone Firestone North American Tire, LLC and BFS Retail and Commercial Operations, LLC ("Firestone") and move to modify the Court's February 15, 2007 Uniform Scheduling Order. In support thereof, Firestone states as follows:

1

1. The Uniform Scheduling Order sets a dispositive motion deadline of July 3, 2007, which is two months before discovery is set to close on September 17, 2007, and is the same date that plaintiffs are required to disclose experts.

2. There could be facts and expert opinions discovered after July 3, 2007, before discovery closes that could affect either party's decision on whether to file a motion for summary judgment.

3. Plaintiff has advised that he does not oppose this motion.

WHEREFORE, Firestone respectfully requests the Court modify the Uniform Scheduling Order to extend the dispostive motion deadline to a date after September 17, 2007.

Respectfully submitted,

s/ Hope T. Cannon

OF COUNSEL:

Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL  35203
(205) 521-8000
(205) 521-8800

CERTIFICATE OF SERVICE

       I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lanny S. Vines, Esq.
Lanny Vines & Associates
2142 Highland Avenue South
Birmingham, AL 35205
lvines@lannyvines.com

Robert P. Bruner, Esq.
Lanny Vines & Associates
2142 Highland Avenue South
Birmingham, AL 35205
bbruner@lannyvines.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

                           s/ Hope T. Cannon