IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of Sandra Ann Spencer Pitts, Deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>BRIDGESTONE AMERICAS HOLDING, )<br>INC., *et al.,*  )<br>)<br>Defendants.  ) | CASE NO. 2:06-cv-1008-MEF |

## **O R D E R**

Upon consideration of the defendants' Motion to Modify (Doc. #11) and plaintiff's Motion for Extension of Deadline (Doc. #12) filed on March 1, 2007, it is hereby

ORDERED that the motions are DENIED.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE