IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 2:06cv1008-MEF |

## **MOTION TO PRESERVE EVIDENCE**

COME NOW Defendants, Bridgestone Americas Holding, Inc., Bridgestone Firestone North American Tire, LLC, and BFS Retail & Commercial Operations, LLC (collectively referred to as "Firestone"), and move the Court to enter a protective order to preserve the evidence in this case on the following grounds:

1

1.      Plaintiff's claims as to Firestone in this action, in substance, relate to an alleged improper repair to a tire on a 2001 Chevrolet Blazer, VIN # 1GNCS18W81K256499. The subject tire was allegedly repaired by Firestone. The accident in question allegedly occurred on June 19, 2006, on Interstate 65.

2.      Firestone avers that the vehicle and all of the tires on the vehicle at the time of the accident, including the rims, and any associated tire components or pieces thereof (collectively the "Subject Tires"), should be preserved until this litigation is concluded. Irreversible prejudice could result if the vehicle and Subject Tires are sold, materially altered, subjected to destructive testing, or disposed of prior to the conclusion of this litigation (including any appeals).

WHEREFORE, PREMISES CONSIDERED, Firestone moves this Court to enter an Order prohibiting the parties, the parties' representatives, attorneys, agents, witnesses, expert witnesses, or any other person or party from disposing of, selling, repairing, materially altering or changing or conducting destructive testing on the vehicle or Subject Tires made the basis of this suit or any parts, portions, or pieces thereof.

A proposed order granting this motion is attached for the Court's consideration.

                                           Respectfully submitted,

                                           s/ Hope T. Cannon
                                           Hope T. Cannon
                                           Bar No.: ASB-5898-T55H
                                           Attorney for Firestone Defendants
                                           Bradley Arant Rose & White LLP
                                           One Federal Place
                                           1819 Fifth Avenue North
                                           Birmingham, AL 35203-2104
                                           Telephone: (205) 521-8000
                                           Facsimile: (205) 521-8800
                                           E-mail: hcannon@bradleyarant.com

OF COUNSEL:

Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL 35203
(205) 521-8000
(205) 521-8800
bcoleman@bradleyarant.com
kperry@bradleyarant.com

3

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lanny S. Vines, Esq.
Lanny Vines & Associates
2142 Highland Avenue South
Birmingham, AL 35205
lvines@lannyvines.com

Robert P. Bruner, Esq.
Lanny Vines & Associates
2142 Highland Avenue South
Birmingham, AL 35205
bbruner@lannyvines.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

Respectfully submitted,

s/ Hope T. Cannon
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: hcannon@bradleyarant.com
Bar No.: ASB-5898-T55H

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: ) 2:06cv1008-MEF ) ) ) ) ) ) ) ) ) ) ) |

**<u>PROTECTIVE ORDER TO PRESERVE EVIDENCE</u>**

It is ORDERED that the parties, the parties' representatives, attorneys, agents, witnesses, expert witnesses and any other person or party are hereby prohibited from disposing of, selling, materially altering or changing, or conducting destructive testing on the vehicle or the tires, rims, hubs, and valve stems that were on the vehicle at the time of the accident made the

1

2

basis of this suit and any component parts and any remnants, portions or pieces thereof.

    DONE and ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE