IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO.:  2:06cv1008-MEF

## PROTECTIVE ORDER TO PRESERVE EVIDENCE

Upon consideration of defendants' motion to preserve evidence (Doc. # 14), filed March 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The parties, the parties' representatives, attorneys, agents, witnesses, expert witnesses and any other person or party are hereby prohibited from disposing of, selling, materially altering or changing, or conducting destructive testing on the vehicle or the tires, rims, hubs, and valve stems that were on the vehicle at the time of the accident made the basis of this suit and any component parts and any remnants, portions or pieces thereof, without leave of court.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE