IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, As Administrator of the Estate of SANDRA ANN SPENCER PITTS, DECEASED,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRIDGESTONE AMERICAS  )<br>HOLDINGS, INC., et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 2:06cv1008-ID |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 18), filed May 25, 2007, and for good cause, it is

ORDERED that defendants shall file a response to the motion on or before June 15, 2007.

DONE, this 1st day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE