IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, As Administrator of the Estate of SANDRA ANN SPENCER PITTS, DECEASED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIDGESTONE AMERICAS HOLDINGS, INC., et al., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:06cv1008-ID

## **ORDER**

Upon consideration of plaintiff's motion to moot (Doc. # 22), filed June 12, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff's motion to compel (Doc. # 18), filed May 25, 2007 is DENIED as moot.

DONE, this 14th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE