IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

L. JOE PITTS, as Administrator of the )
ESTATE OF SANDDRA ANN SPENCER PITTS, )
Deceased, )
)
)
Plaintiff, )
)
v. )
) CASE NO. 2:06-cv-ID-SRW
) 2:06cv1008-MEF
BRIDGESTONE AMERICAS HOLDINGS, INC.; )
BRIDGESTONE FIRESTONE NORT AMERICAN )
TIRE, LLC; and BFS RETAIL AND COMMERCIAL )
OPERATIONS, LLC, doing business as )
FIRESTONE TIRE & SERVICE CENTERS, )
Jointly and severally, )
)
Defendants. )

## MEDIATOR'S REPORT TO THE COURT

Please be advised that the above styled case was successfully mediated as of June 25, 2007. The attorneys of record will be forwarding you the appropriate dismissal documents within the next several days. Please note that the attorneys of record have done an outstanding job in achieving resolution of this case while representing the best interests of their clients.

I appreciate the opportunity to have been of service to the parties, their counsel, and the Court.

Respectfully submitted,

Rodney A. Max

UPCHURCH WATSON WHITE & MAX
2000A SouthBridge Parkway, Suite 400
Birmingham, AL 35209
205/933-9033
205/871-2808 [F]

SCANNED

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 26th day of June, 2007, to the following:

| | |
|---|---|
| Lanny S. Vines, Esquire<br>Robert P. Bruner, Esquire<br>**LANNY VINES & ASSOCIATES, LLC**<br>2142 Highland Avenue South<br>Birmingham, Alabama 35205-4002 | Kenneth M. Perry, Esquire<br>Brittin T. Coleman, Esquire<br>Hope T. Cannon, Esquire<br>**BRADLEY ARANT ROSE & WHITE LLP**<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203-2104 |

_____
RODNEY A. MAX