IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of Sandra Ann Spencer Pitts, Deceased, </br></br>   Plaintiff,</br></br>v.</br></br>BRIDGESTONE AMERICAS HOLDING, INC., *et al.,*</br></br>   Defendants. | )</br>)</br>)</br>)</br>)</br>)  CASE NO. 2:06-cv-1008-MEF</br>)</br>)</br>)</br>)</br>) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before August 2, 2007.

DONE this the 12th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE