IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of Sandra Ann Spencer Pitts, Deceased,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS HOLDING, INC., *et al.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-cv-1008-MEF<br>)<br>)<br>)<br>)<br>) |

# **O R D E R**

Upon consideration of the Joint Motion for Leave of Court to Add Party Plaintiff in Order to Consummate Settlement (Doc. # 26), it is hereby ORDERED that the motion is GRANTED IN PART. The Plaintiffs shall file an amended complaint that includes the claims of Gregory Pitts on or before July 31, 2007.

After the amended complaint is filed, the Court will address, by separate order, the motion for the setting of a pro ami hearing.

DONE this 25th day of July, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE