IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| L. JOE PITTS, as Administrator of the Estate of Sandra Ann Spencer Pitts, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-1008-MEF |
| BRIDGESTONE AMERICAS HOLDING, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion for Setting of Pro Ami Hearing (Doc. # 26) filed on July 13, 2007, it is hereby ORDERED as follows:

1. The Motion for Setting of Pro Ami Hearing (Doc. # 26) is GRANTED.

2. The parties are DIRECTED to appear on August 30, 2007, at 10:00 a.m. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, for a *pro ami* fairness hearing.

3. Benjamin J. Espy of the law firm of Melton, Espy & Williams, P.C. of Montgomery, Alabama, is appointed *guardian ad litem* to represent and defend the interest of the minor plaintiff in these proceedings.

4  Mr. Espy is DIRECTED to appear on  August 30, 2007 at 9:30 a.m. in the Chambers of the undersigned.

5.  In preparation for the *pro ami* fairness hearing, the parties should prepare the following documents: a *Pro Ami* Settlement Agreement, a Joint Stipulation of Dismissal for the claims of the minor plaintiffs against the defendants with whom they have settled, and a Proposed Order for Approval of *Pro Ami* Settlement Agreement.  Copies of these documents should be submitted to the Chambers of the undersigned ***no later than three business days*** prior to the hearing.  Additionally, the Proposed Order for Approval of *Pro Ami* Settlement Agreement must be submitted by email to the undersigned at "PropOrd_fuller@almd.uscourts.gov" ***no later than three business days*** prior to the hearing.

DONE this the 10th day of August, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE