IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| L. JOE PITTS, as Administrator of the Estate of SANDRA ANN SPENCE PITTS, Deceased, and GP a Minor, by and through his Father and Next Friend L. JOE PITTS<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS HOLDINGS, INC.; BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS RETAIL AND COMMERCIAL OPERATIONS, LLC, doing business as Firestone Tire & Service Centers,<br><br>　　　Defendants. | CIVIL ACTION NO.:  2:06cv1008-MEF |

## **JOINT STIPULATION OF DISMISSAL**

COME NOW the parties, Plaintiff L. Joe Pitts, as Administrator of the Estate of Sandra Ann Spence Pitts, Deceased, and GP a Minor, by and through his Father and Next Friend L. Joe Pitts Defendants, Bridgestone Americas Holding, Inc., Bridgestone Firestone North American Tire, LLC, and BFS Retail & Commercial Operations, LLC (collectively referred to as "Firestone"), by and through their respective counsel, and stipulate to the **DISMISSAL WITH PREJUDICE** of this action and all claims by plaintiffs against all defendants, each party to bear his or its own costs.

| | |
|---|---|
| s/Robert P. Bruner, Esq. | s/Kenneth M. Perry, Esq. |
| Robert P. Bruner, Esq. | Kenneth M. Perry, Esq. |
| Lanny S. Vines, Esq. | One of the Attorneys for Defendant |
| Attorneys for Plaintiff | Bradley Arant Rose & White LLP |
| Lanny Vines & Associates, LLC | One Federal Place |
| 2142 Highland Avenue South | 1819 Fifth Avenue North |
| Birmingham, AL 35205-4002 | Birmingham, AL 35203-2104 |